AO 442 (Rev. 11/11) Arrest Warrant

| | |
|---|---|
| <u>DEFENDANT</u>: | Christopher Dale Epperson |
| <u>YOB</u>: | 1987 |
| <u>OFFENSE</u>: | <u>COUNT 1</u>: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) - Possession with Intent to Distribute 40 grams or more of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (fentanyl)<br><u>COUNT 2</u>: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) - Possession with Intent to Distribute 50 grams or more of methamphetamine<br><u>COUNT 3</u>: 18 U.S.C. § 924(c)(1)(A)(i) – Carrying a Firearm During and in Relation to a Drug Trafficking Crime |
| <u>LOCATION OF OFFENSE</u>: | Denver County, Colorado |
| <u>PENALTY</u>: | <u>COUNTS 1 & 2</u>: NLT 5 years' and NMT 40 years' imprisonment, NMT $5,000,000 fine, or both; NLT 4 years' and NMT life supervised release; $100 special assessment fee<br><br><u>COUNT 3</u>: NLT 5 years', NMT life imprisonment; NMT $250,000 fine or both; NMT 5 years' supervised release; $100 special assessment fee |
| <u>AGENT/DEPUTY</u>: | Robert Foster<br>Task Force Officer, DEA |
| <u>AUTHORIZED BY</u>: | Celeste Rangel<br>Assistant United States Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

  <u> X </u>  five days or less      <u>       </u>  over five days

<u>THE GOVERNMENT</u>

  <u>   X   </u>  Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention **is** applicable to this defendant.